**Ramon GUEL, Jr., Appellant,**

v.

**Warden WHITEHEAD, Appellee.**

No. 07–2983.

United States Court of Appeals, Eighth Circuit.

Submitted: June 13, 2008.

Filed: June 26, 2008.

Ramon Guel Jr., Yankton, SD, pro se.

Jan Leslie Holmgren, Assistant U.S. Attorney, U.S. Attorney's Office, Sioux Falls, SD, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South

PER CURIAM.

Ramon Guel, Jr., appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition. We conclude the denial was proper for the reasons explained by the district court. *See United States v. Lurie,* 207 F.3d 1075, 1076 (8th Cir.2000) (standard of review). Accordingly, we affirm the district court's judgment, and deny as moot Guel's motion for a ruling. *See* 8th Cir. R. 47B.